

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2023

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>*United States v. Matthew Fiel and Loten Jigme,* 22 Cr. 483 (JLR)</u>

Dear Judge Rochon:

The Government writes with the consent of the defense to request that the pretrial conference in this matter, currently scheduled for March 6, 2023, be adjourned for approximately 30 days to a date and time convenient for the Court. The parties can be available beginning the week of April 10, 2023. The parties continue to engage in serious discussions of potential pretrial resolutions of the matter that would eliminate the need for trial and the adjournment will provide additional time to complete those discussions.

The Government respectfully requests that time be excluded under the Speedy Trial Act between March 6, 2023, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _/s/ Elizabeth A. Espinosa_____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

---

The parties' request is GRANTED. IT IS HEREBY ORDERED that the status conference previously scheduled for March 6, 2023 shall be adjourned to **April 10, 2023 at 12:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse. IT IS FURTHER ORDERED that time under the Speedy Trial Act is excluded until April 10, 2023. Defendants have consented to this exclusion. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial because of the need for time for Defendants to consider motions, and time for the parties to negotiate potential resolution of this case.

The Clerk of Court is respectfully directed to terminate ECF Nos. 26 & 27.

Dated:   March 1, 2023
         New York, New York

SO ORDERED.

_/s/ Jennifer Rochon_____
**JENNIFER L. ROCHON**
**United States District Judge**