

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 3, 2023

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> The Government's request is GRANTED. The status conference is adjourned to **July 11, 2023** at 10:30 a.m. Additionally, in light of Defendant's consent, and in light of the need for the Defendant to continue discussions with the Government regarding potential pretrial resolutions of this case, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
>
> Dated: May 3, 2023
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *United States v. Matthew Fiel,* **22 Cr. 483 (JLR)**

Dear Judge Rochon:

    The Government writes with the consent of defendant Matthew Fiel to request that the pretrial conference in this matter, currently scheduled for May 8, 2023, be adjourned for approximately 60 days to a date and time convenient for the Court. The parties continue to engage in serious discussions of potential pretrial resolutions of the matter that would eliminate the need for trial and the adjournment will provide additional time to complete those discussions.

    The Government respectfully requests that time be excluded under the Speedy Trial Act between May 8, 2023, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

                              Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

by: _____
       Elizabeth A. Espinosa
       Assistant United States Attorney
       (212) 637-2216